SIERRA CREST BUSINESS LAW GROUP
Jerry C. Carter, Esq. (NV Bar No. 5905)
jcarter@sierracrestlaw.com
Glenn Meier, Esq. (NV Bar No. 6059)
gmeier@sierracrestlaw.com
6770 S. McCarran (1st Floor) Reno, NV 89509
(775) 448-6070 | Fax: (775) 473-8292
*Attorneys for Plaintiff Nathan Garofalos*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATHAN JAY GAROFALOS, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>WAYNE PRIM III, an individual; CAMERA CAR LLC, a Nevada limited liability company; CAMERA CAR FACTORY, INC, a California Corporation; DAVID MACDONALD, an individual, PRIM & ASSOCIATES LLC, a Nevada limited liability company; PRIM VENTURES INC, a Nevada corporation; VISUAL WAREHOUSE LLC, a Nevada limited liability company; CATALYTIC FOOTAGE LLC, an Oklahoma limited liability company; DOES 1-10; and ROES 1-20,<br><br>                    Defendants. | CASE NUMBER:<br>3:26-cv-00202-MMD-CLB<br><br><br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to the above-mentioned action, by and through their respective counsel, that the above-entitled action shall be dismissed without prejudice pursuant to Federal Rules of Civil Procedure Rule 41, with each party to bear its own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE                                    1

Undersigned counsel certifies that it knows of no person or entity, other than the named parties, that has a direct, pecuniary interest in the outcome of this case.

DATED: May 6, 2026

**SIERRA CREST BUSINESS LAW GROUP**

*/s/ Jerry Carter*
_____
Jerry C. Carter, Esq. (SBN 5905)
jcarter@sierracrestlaw.com
**Glenn Meier, Esq**. (SBN 6059)
gmeier@sierracrestlaw.com
6770 S. McCarran, Reno, NV 89509
(775) 448-6070,
Fax: (775) 473-8292
*Attorneys for Plaintiff Nathan Garofalos*

DATED: May 6, 2026

**THE GUNDERSON LAW FIRM**

*/s/ Austin K. Sweet*
_____
**Austin K. Sweet, Esq.** (SBN 11725)
asweet@gundersonlaw.com
Catherine Reichenberg, Esq (SBN 10362)
creichenberg@gundersonlaw.com
3895 Warren Way.
Reno, NV 89509
(775) 829-1222
*Attorneys for Defendants*

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE                    2

# **ORDER**

Based on the Stipulation of the Parties, and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled action shall be, and the same hereby is, dismissed without prejudice pursuant to Federal Rules of Civil Procedure Rule 41, with each party to bear its own costs and attorneys' fees.

DATED this 8th day of May, 2026.

_____

DISTRICT COURT JUDGE

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE                                3